**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Anne Gardner** | **Reporter: G. Power** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: K. Davis** |
| **TAMARCO BENNETT** | |
| **counsel: Jerome Kearney** | |
| **counsel:** | **Date: August 2, 2007** |

**CASE NO: 4:02CR00059-01-WRW**

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 11:20 a.m.**                                                      **End: 11:35 a.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violation occurred;
deft counsel, deft and gov't make statements to Court; motion to revoke DENIED; deft to continue
conditions of SR; Court to review case in 3 months.**

**Court in recess.**

**CourthearingMinutes.Revo.wpd**