# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: John Ray White** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: K. Davis** |
| **TAMARCO BENNETT** | |
| **counsel: Jerome Kearney** | |
| **counsel:** | **Date: September 27, 2007** |
| | **CASE NO: 4:02CR00059-01-WRW** |

### COURT PROCEEDING: Supervised Release Revocation Hearing

**Begin: 3:25 p.m.**                                                                                                      **End: 3:50 p.m.**

**Court calls case and reviews to present; deft admits and denies alleged violations; Court finds violation occurred; deft counsel and deft make statements to Court; motion to revoke GRANTED; sentence imposed; deft remanded into custody of U.S. Marshal; Amended J&C to be entered.**

**Court in recess.**