**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| **counsel: Anne Gardner** | **Reporter: C. Newburg** |
| **counsel:** | **Clerk: M. Johnson** |
| | **Interpreter:** |
| **vs** | **USPO: K. Davis** |
| **TAMARCO BENNETT** | |
| **counsel: Jerome Kearney** | |
| **counsel:** | **Date: November 17, 2008** |
| | **CASE NO: 4:02CR00059-01** |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 3:19 p.m.**                                                                                                        **End: 4:00 p.m.**

**Court calls cases and reviews to present; deft admits and denies alleged violations; witnesses called; Gov't rests; deft calls witness; deft rests; Court makes no finding on assault charge; Court finds violations occurred; parties make statements to Court; revocation granted; 9 months BOP; No SR to follow; $881.66 restitution; deft remanded.**

**Court in recess.**

**CourthearingMinutes.Revo.wpd**